1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | No. C 11-0999 JSW (PR) |
| ) | |
| ROLAND E. HOWARD, ) | **ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| ) | |
| Plaintiff. ) | |
| ) | |
| _____ ) | |

      Plaintiff was notified on March 3, 2011, that he must either pay the filing fee or file an application for leave to proceed in forma pauperis ("IFP"). Plaintiff's March 17, 2011, submission to the Court is construed as a request for leave to proceed IFP under 28 U.S.C. § 1915, which is GRANTED. The total filing fee due is $350.00, and no initial partial payment is due at this time. Funds for the remainder of the filing fee will be collected pursuant to the instructions outlined below. A copy of this order and the attached instructions will be sent to the Plaintiff, the prison trust account office, and the Court's financial office.

      IT IS SO ORDERED.

DATED: May 3, 2011

                                          *Jeffrey S. White*
                                  _____
                                  JEFFREY S. WHITE
                                  United States District Judge

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

```
 1                         UNITED STATES DISTRICT COURT
 2                                    FOR THE
 3                         NORTHERN DISTRICT OF CALIFORNIA
 4
 5
 6   IN RE: ROLAND E HOWARD,                  Case Number: CV11-00999 JSW
 7                Plaintiff,                  CERTIFICATE OF SERVICE
 8        v.
 9   IN RE: ROLAND E HOWARD et al,
10                Defendant.
                                          /
11
12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.
13
     That on May 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
14   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
     said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
15   receptacle located in the Clerk's office.
16
17
     Roland E. Howard
18   #AC8869
     San Quentin State Prison
19   Marin, CA 94974
                                                    [signature: Jennifer Ottolini]
20   Dated: May 3, 2011
                                                    Richard W. Wieking, Clerk
21                                                  By: Jennifer Ottolini, Deputy Clerk
22
23
24
25
26
27
28
```

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action in forma pauperis in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

> The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

> Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:   Plaintiff/Petitioner
      Finance Office