IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ROLAND E. HOWARD,<br>          Plaintiff. | No. C 11-0999 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

This case was opened when, on March 3, 2011, the Court received three letters from Plaintiff, a prisoner of the State of California.  Although the Clerk filed one of the letters as a "Complaint," it is not a complaint.  They set forth narratives about inadequate medical care and interference with mail, but they do not name any defendants, states any causes of action, or specifies the relief being sought.  Consequently, on March 24, 2011, the Clerk notified Plaintiff that he must file either a complaint or an or a petition within thirty days or the case would be dismissed and the file closed.  No response has been received.  Consequently, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: May 3, 2011

JEFFREY S. WHITE
United States District Judge

|    |    |
|----|----|
| 1  | UNITED STATES DISTRICT COURT |
| 2  | FOR THE |
| 3  | NORTHERN DISTRICT OF CALIFORNIA |

IN RE: ROLAND E HOWARD,

        Plaintiff,

  v.

IN RE: ROLAND E HOWARD et al,

        Defendant.

Case Number: CV11-00999 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roland E. Howard
#AC8869
San Quentin State Prison
Marin, CA 94974

Dated: May 3, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk